65 A.3d 913

**Earl PATTON and Sharon Patton, H/W, Respondents**

v.

**WORTHINGTON ASSOCIATES, INC., Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Superior Court majority's precedential Opinion has *sub silentio* nullified the statutory employer doctrine and effectively overruled this Court's decision in *McDonald v. Levinson Steel Co.,* 302 Pa. 287, 153 A. 424 (1930), by grafting a fact question onto the *McDonald* analysis that can never be answered in a way that allows the statutory employer doctrine to apply?